IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**NORBERTO MEDINA-RODRIGUEZ,**

 Plaintiff,

 v.                                                              **CASE NO. 16-2591 (GAG)**

**SUPERMERCADOS 2000.**

**Defendant.**

## JUDGMENT

Pursuant to Plaintiff's notice of voluntary dismissal with prejudice at Docket No. 8, judgment is hereby entered **DISMISSING with prejudice** Plaintiff's claims.

**SO ORDERED.**

In San Juan, Puerto Rico this 19th day of December, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge